Mark G. Tratos (Bar No. 1086)
Ronald D. Green Jr. (Bar No. 7360)
Laraine M. I. Burrell (Bar No. 8771)
Andrew D. Sedlock (Bar No. 9183)
GREENBERG TRAURIG
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89109
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MGM MIRAGE, a Delaware Corporation,

    Plaintiff,

v.

Friedman Lo, an individual,

    Defendant.

Case No. CV-S-05-1409-RCJ-LRL

**DEFAULT JUDGMENT**

Plaintiff MGM MIRAGE, having filed a Motion for Entry of Default Judgment against Defendant Friedman Lo, pursuant to Rule 55 of the Federal Rules of Civil Procedure; the Defendant having failed to respond to, or answer, Plaintiff's Complaint previously served upon Defendant; the Clerk of the Court having entered Default against Defendant on March 3, 2006; this Court having now given due consideration to Plaintiff's Motion for such judgment as well as papers, pleadings, and exhibits offered in support thereof; and the Court being further fully advised in the matter and there having been no appearance made by Defendant, it is therefore,

ORDERED, ADJUDGED and DECREED that Judgment be entered in favor of Plaintiff MGM MIRAGE, and against Defendant Friedman Lo, on all counts of Plaintiff's Complaint; and, it is further ordered and adjudged that said Judgment shall include the following specific findings of fact and award of specific relief:

1.

DEFAULT JUDGMENT

a. Plaintiff MGM MIRAGE is the owner of certain MGM MIRAGE trademarks and variations thereof used in relation to casino services as identified in the Complaint;

b. Plaintiff MGM MIRAGE's marks are famous;

c. Defendant registered and used the Infringing Domain Name <mgmmiragesucks.com> with the bad faith intent to profit when he registered the Infringing Domain Name;

d. Defendant has registered, trafficked in, and/or used a domain name that contains the entirety of Plaintiff's famous and distinctive trademarks with the bad faith intent to profit from the registration of such domain name;

e. Should Defendant's use of the term <mgmmiragesucks.com> continue, Plaintiff will continue to suffer irreparable injury to its good will and reputation which was established through use of the MGM MIRAGE marks and for which an award of damages would be inadequate; and

f. Defendant acted willfully and is liable for the cybersquatting of the MGM MIRAGE marks.

THEREFORE, IT IS HEREBY ORDERED that the Defendant Friedman Lo, his respective officers, agents, servants, employees, and/or all persons acting in concert or participation with it, from registering, owning, leasing, selling or trafficking in any domain name containing Plaintiff's trademarks or confusingly similar variations thereof, alone or in combination with any other letters, words, phrases or designs;

IT IS FURTHER ORDERED that the current registrar of the <mgmmiragesucks.com> domain name shall immediately unlock and permanently transfer the <mgmmiragesucks.com> domain name to Plaintiff;

IT IS FURTHER ORDERED that Defendant pay Plaintiff statutory damages of $4,000.00 ;

IT IS FURTHER ORDERED that Defendant pay Plaintiff's attorneys' fees and costs in the amount of $3,353.80;

2.

Greenberg Traurig
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89109
(702) 792-3773
(702) 792-9002 (fax)

1    IT IS FURTHER ORDERED that Plaintiff's cash deposit of One Hundred Dollars

2  ($100.00) be released from the Registry Account of this Court and returned to Greenberg

3  Traurig; and

4    IT IS FURTHER ORDERED that jurisdiction of this case shall be retained by this

5  Court for the purpose of enforcement of this Judgment.

6

7

8  UNITED STATES DISTRICT JUDGE

9  DATED:  May 24, 2006.

10  Submitted by:

GREENBERG TRAURIG

11

12  Mark G. Tratos (Bar No. 1086)
Ronald D. Green Jr. (Bar No. 7360)

13  Laraine M. I. Burrell (Bar No. 8771)
Andrew D. Sedlock (Bar No. 9183)

14  3773 Howard Hughes Parkway
Suite 500 North

15  Las Vegas, Nevada 89109
Counsel for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFAULT JUDGMENT

Greenberg Traurig
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89109
(702) 792-3773
(702) 792-9002 (fax)